Benjamin D. Ritholz et al., Appellees, v. Thomas Andert et al., Defendants.
Benjamin E. Cohen, Petitioner, v. Earl Disselhorst, Appellant.

Gen. No. 41,338.

opinion filed April 15, 1941; rehearing denied May 5, 1941. Samuel Berke and Mayer Goldberg, for certain appellant; William Vihon and Joseph M. Jacobs, for certain other appellant; Clarence T. Morse and Benjamin D. Ritholz, for appellees. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''